IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MYTOSHA MERRITT                                              PLAINTIFF

VS.                        Case No. 05-CV-1027

ALBEMARLE CORPORATION                                        DEFENDANT

## ORDER

Before the Court is Defendant Albemarle Corporation's Motion for Summary Judgment. (Doc. 17)  Plaintiff Mytosha Merritt has responded.  (Doc. 19)  Albemarle has filed a reply. (Doc. 22)  For reasons discussed in the Memorandum Opinion of even date, the Court finds Defendant's Motion for Summary Judgment should be and hereby is **granted.**  Plaintiff's claims against Defendant are hereby dismissed with prejudice.

IT IS SO ORDERED, this 22nd day of June, 2006.

                                         /s/ Harry F. Barnes
                                         Hon. Harry F. Barnes
                                         U.S. District Court