IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MYTOSHA MERRITT                                                            PLAINTIFF

VS.                                        Case No. 05-CV-1027

ALBEMARLE CORPORATION                                          DEFENDANT

## <u>ORDER</u>

Before the Court is Plaintiff's Motion for Reconsideration. (Doc. 26) Defendant has responded. (Doc. 27) The Court finds the motion ripe for consideration.

Merritt complains the Court did not address her argument in response to Defendant's motion for summary judgment that a supervisor's official act precipitating a constructive discharge amounts to a tangible employment action. *See Pennsylvania State Police v. Suders*, 542 U.S. 129, 124 S.Ct. 2342 (2004). In its Memorandum Opinion, the Court found that Dodson was not Merritt's supervisor because he did not have the power to take a tangible employment action against her. (Doc. 24, p. 6) Since Dodson was not Merritt's supervisor, Merritt cannot show any official act precipitated her alleged constructive discharge. Therefore, the Court finds cases like *Suders* and *Reed v. MBNA Marketing Systems, Inc.*, 333 F.3d 27 (1stCir.2003) are not applicable to the facts of this case. The Court finds Plaintiff's Motion for Reconsideration should be and hereby is **denied.**

IT IS SO ORDERED, this 25th day of July, 2006.

                                        /s/ Harry F. Barnes
                                        Hon. Harry F. Barnes
                                        U.S. District Court